JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RAUL HERNANDEZ, ) Case No. EDCV 21-0108-DSF (JPR)
) 
Plaintiff, )
) **J U D G M E N T**
v. )
)
COUNTY OF RIVERSIDE et al., )
)
Defendants. )
)

Pursuant to the Order Dismissing Action for Failure to Prosecute and Failure to State a Claim, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: July 7, 2021

DALE S. FISCHER
U.S. DISTRICT JUDGE